# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** Vera Scanlon | **DATE:** 7/16/2024 |
| **CLERK:** D.Wright | |
| **DOCKET #:   20 CR 328 (DG)** | **LOG TIME:** 2:40 - 3:19pm |

**DEFENDANTS NAME:**  Asante Kwaku Berko

    **x**   Present        Not Present  **x**    Custody      Bail

**DEFENSE COUNSEL**:  Robert Boone

    Court Appointed    |    Federal Defender    |    CJA    |  **x**  Retained

**A.U.S.A:**  Tara McGrath

| | |
|---|---|
| **INTERPRETER:** | **LANGUAGE:** |

Defendant arraigned on the: __ Complaint **x** Indictment __ Superseding Indictment __ Probation Violation

  **x**  Defendant pleads NOT GUILTY to counts 1-3.

| | |
|---|---|
| ____ Government Agent Sworn | **x** Rule 5f warnings given to the govt. |
| ____ DETENTION HEARING Held. | **x** Defendants first appearance. |
| **x** BAIL HEARING Held. | |

  **x**  Bond set at $ 600,000

**Defendant:** **x** released ___ held pending satisfaction of bond conditions.

  **x** Defendant advised of bond conditions set by the Court and signed the bond.

 **3** Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After hearing, Court orders detention in custody. ____ Leave to reopen granted.

| | |
|---|---|
| ____ Temporary Order of Detention Issued. | ___ Bail Hearing set for _____ |
| ____ Preliminary Hearing set for | ____ Preliminary Hearing waived by defendant |

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

 **x** Order of Excludable Delay/Speedy Trial entered. | Start Date:7/16/2024    End Date:8/14/2024

| | |
|---|---|
| **Removal District:** | **Removal District Case Number:** |
| ____ Removal (Rule 5) Proceeding held. | |
| ____ Identity hearing held | **Court:** ___ Orders removal ___ Denies Removal |
| ___ Defendant waives Identity hearing | ___ Defendant waives Preliminary hearing |

____ No bail application presented to the court. Commitment to the District entered.

____ Medical memo issued.

____ Defendant failed to appear; bench warrant issued.

 **x** Status conference set for **8/14/2024** @ **11am** before District Judge: Gujarati

**Other Rulings:** The government and defense counsel consented to a bail application. The court granted the bail application. Confession of Judgement for property and cash bond to be posted by 8/27/2024.