UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
United States of America

                v.

Asante Kwaku Berko,

                Defendant.
----------------------------------------------------------------X

**<u>ORDER</u>**
20-CR-00328 (DG)

DIANE GUJARATI, United States District Judge:

In connection with the trial scheduled to begin on July 27, 2026, the parties are directed to adhere to the following schedule and procedures:

1. By June 15, 2026, the parties shall exchange their exhibits with each other and provide the Court with copies of their exhibits and exhibit lists.  The exhibit lists shall contain four columns, titled Exhibit, Description, Identified, and Admitted, respectively.

2. Requests to charge, proposed verdict sheets, and proposed *voir dire* questions are due by June 22, 2026.  Requests to charge must contain citations to supporting authority. The parties should endeavor to agree upon the requests to charge, to the extent possible, and must submit a single, joint document setting forth all agreed-upon requests to charge and, where no agreement is reached, each party's proposed charge and/or one party's proposed charge with an explanation of the other party's objection to that charge.

3. Each party shall also submit by June 22, 2026 a list of potential witnesses and of individuals, entities, places, and scientific, technical, or colloquial terms likely to be mentioned at trial.

4. Motions *in limine*, if any, shall be filed by June 25, 2026; responses, if any, shall be

filed by July 2, 2026.

5.  The final pretrial conference will be held at 10:30 a.m. on July 21, 2026 in Courtroom

    4B South.

The parties are further directed to otherwise adhere to the undersigned's Individual

Practice Rules.

SO ORDERED.

/s/ Diane Gujarati
DIANE GUJARATI
United States District Judge

Dated: January 14, 2026
Brooklyn, New York

2