

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JKW/NMA/KN/KR
F. #2017R00217

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 23, 2026

By ECF

The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Asante Kwaku Berko
             Criminal Docket No. 20-328 (DG)

Dear Judge Gujarati:

      In accordance with the Court's order, on behalf of the parties, the government respectfully submits a revised list of persons, places and entities.

           Respectfully submitted,

           JOSEPH NOCELLA, JR.
           United States Attorney

By:    /s/
           Jessica K. Weigel
           Nick M. Axelrod
           Assistant U.S. Attorneys
           (718) 254-7000

           LORINDA I. LARYEA
           Chief, Fraud Section, Criminal Division
           U.S. Department of Justice

By:    /s/
           Katherine Nielsen
           Trial Attorney
           Katherine Raut
           Assistant Chief, FCPA Unit
           (202) 616-5672